UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN JACKSON ST. JUSTE, | Case No.: 3:26-cv-01028-RBM-BJW |
| Petitioner, | **ORDER:** |
| v. | **(1) GRANTING MOTION TO APPOINT COUNSEL [Doc. 2]; AND** |
| PAMELA BONDI, U.S. Attorney General, et al., | |
| Respondents. | **(2) SETTING BRIEFING SCHEDULE** |

On February 17, 2026, Petitioner Jean Jackson St. Juste ("Petitioner"), proceeding *pro se*, filed a Request for Appointment of Counsel ("Motion to Appoint Counsel"). (Doc. 2.)  On February 23, 2026, Petitioner filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") (Doc. 1) and a Motion for Temporary Restraining Order ("TRO Motion") (Doc. 3).  Construing the Petition liberally, as the Court must, *see United States v. Jackson*, 21 F.4th 1205, 1216 (9th Cir. 2002), the Court finds that Petitioner appears to argue that his detention is illegal because (1) it has become unreasonably prolonged in violation of the Fifth Amendment's Due Process Clause and (2) there is no significant likelihood of his removal to Haiti in the reasonably foreseeable future in violation of the Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (*See* Doc. 1 at 1–2.)

1

## I.    MOTION TO APPOINT COUNSEL

"Whenever the United States magistrate judge or the [C]ourt determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2).  A "financially eligible person" is one who is "financially unable to obtain adequate representation in accordance with this section."  *Id.* § 3006A(a).  "In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved."  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (citations omitted).

Here, Petitioner lists his previous income and current assets and represents that he does "not have the money to hire an attorney."  (Doc. 2 at 2–6.)  He has therefore sufficiently alleged that he cannot afford to hire counsel.  He also represents that he is unable to litigate his Petition because Otay Mesa Detention Center's "Law Library has limited legal information regarding the process of a habeas corpus."  (*Id.* at 5.)  "The Court also finds that representation is necessary given the complexity and potential validity of the constitutional, statutory, and procedural issues presented."  *Astafev v. Warden*, Case No. 3:26-cv-00313-RBM-AHG, ECF No. 4 (S.D. Cal. Jan. 30, 2026) (citing *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).  Accordingly, the Court **CONDITIONALLY APPOINTS** Federal Defenders of San Diego, Inc. as counsel.

## II.    ORDER TO SHOW CAUSE

The Court finds that summary dismissal of the Petition is unwarranted.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citation omitted); *Alvarez v. Hill*, 518 F.3d 1152, 1157 (9th Cir. 2008) (noting that *pro se* complaints are liberally construed and do not need to identify the constitutional source of the claims raised).

3:26-cv-01028-RBM-BJW

Accordingly, Petitioner may file an amended petition on or before **March 2, 2026**. Respondents **SHALL RESPOND** to the amended petition on or before **Mach 9, 2026**. Their Response shall include as exhibits all documents or evidence relevant to the determination of the issues raised, including any relevant documents reflecting Petitioner's immigration history.  Petitioner may file a reply on or before **March 13, 2026**.  The matter will be deemed under submission at that time and the Parties shall await further order from the Court.

The Clerk of the Court is **directed to transmit** a copy of the Petition (Doc. 1), the TRO Motion (Doc. 3), and this Order to the United States Attorney's Office and to Federal Defenders of San Diego, Inc.  Counsel for Petitioner **SHALL FILE** a notice of appearance on or before **February 26, 2026**.

**IT IS SO ORDERED.**

DATE:  February 23, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3